UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA              :

       -v.-                              :    **ORDER**

JOSE M. HERNANDEZ,                    :    S1 07 Cr. 1168 (LBS)
    a/k/a "Chepe,"
ANTONIO PADILLA-PARRA, and            :
FRANKLIN PAYANO,
    a/k/a "Findingo,"                 :

            Defendants.          :

- - - - - - - - - - - - - - - - - - - - X

       Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Parvin Moyne;

       It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

       ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
      April __1__, 2008

_/s/ Kevin Nathaniel Fox_
UNITED STATE MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK