```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                        ECF CASE
                                  )
UNITED STATES OF AMERICA          )
                                  )   NOTICE OF APPEARANCE AND REQUEST
            v.                    )     FOR ELECTRONIC NOTIFICATION
                                  )            07 Cr. 1168 (LBS)
JOSE M. HERNANDEZ,                )
   a/k/a "Chepe,"                 )
                                  )
            Defendant.            )
```

TO:  Clerk of Court
     United States District Court
     Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case for the United States and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

>                         Respectfully submitted,
>
>                         MICHAEL J. GARCIA
>                         United States Attorney for the
>                           Southern District of New York
>
>
>                     by: /s/ Avi Weitzman
>                         Avi Weitzman
>                         Assistant United States Attorney
>                         (212) 637-1205

TO:  Elizabeth Macedonio, Esq. (via ECF)